1  Emil A. Macasinag (State Bar No. 256953)
   emacasinag@wshblaw.com
2  **WOOD, SMITH, HENNING & BERMAN LLP**
   10960 Wilshire Boulevard, 18th Floor
3  Los Angeles, California 90024-3804
   Phone: 310-481-7600 ♦ Fax: 310-481-7650
4
   [ADDITIONAL COUNSEL LISTED ON
5  FOLLOWING PAGE]

6  Attorneys for PROPOSED-INTERVENORS
   WESTERN ENERGY ALLIANCE and
7  INDEPENDENT PETROLEUM
   ASSOCIATION OF AMERICA
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, by and through XAVIER BECERRA, ATTORNEY GENERAL; and the CALIFORNIA AIR RESOURCES BOARD; and STATE OF NEW MEXICO, by and through HECTOR BALDERAS, ATTORNEY GENERAL,<br><br>Plaintiffs,<br><br>v.<br><br>RYAN ZINKE, Secretary of the Interior; JOSEPH R. BALASH, Assistant Secretary for Land and Minerals Management, United States Department of the Interior; UNITED STATES BUREAU OF LAND MANAGEMENT; and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Defendants. | Case No. 4:18-cv-05712-DMR<br><br>**PROPOSED-INTERVENORS WESTERN ENERGY ALLIANCE'S AND INDEPENDENT PETROLEUM ASSOCIATION OF AMERICA'S _SECOND AMENDED NOTICE_ OF MOTION TO INTERVENE**<br><br>REQUESTED Hearing Date: November 8, 2018<br>REQUESTED Hearing Time: 11:00 a.m.<br>Courtroom:  4, 3rd Floor<br><br>[The Hon. Magistrate Donna M. Ryu]<br><br>Trial Date:  None Set |

LEGAL:10854-0001/9972863.1        -i-        Case No. 4:18-cv-05712-DMR

WESTERN ENERGY ALLIANCE AND INDEPENDENT PETROLEUM ASSOCIATION OF AMERICA'S
_SECOND AMENDED NOTICE_ OF MOTION TO INTERVENE

1  Eric P. Waeckerlin – *Pro Hac Vice Pending*
   epwaeckerlin@hollandhart.com
2  **HOLLAND & HART LLP**
   555 17th Street, Suite 3200
3  Denver, Colorado 80202
   Tel: 303.295.8086 ♦ Fax: 303.975.5396
4
   Kathleen C. Schroder – *Pro Hac Vice Pending*
5  Katie.Schroder@dgslaw.com
   **DAVIS GRAHAM & STUBBS LLP**
6  1550 17th Street, Suite 500
   Denver, Colorado 80202
7  Tel: 303.892.9400 ♦ Fax: 303.893.1379

### *SECOND AMENDED* NOTICE OF MOTION AND MOTION TO INTERVENE

**TO THE COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to the Clerk's Notice (Dkt. No.'s 8 & 11), Western Energy Alliance (Alliance) and the Independent Petroleum Association of America (IPAA) (collectively, the "Proposed-Intervenors"), file this *Second Amended* Notice that on *November 8, 2018* at *11:00 a.m.* in *Courtroom 4, 3rd Floor, Oakland Courthouse, 1301 Clay Street, Oakland, California 94612* of the above-titled Court, Proposed-Intervenors will and hereby do move this Court for an Order granting the Proposed-Intervenors' Motion to Intervene in the above-titled action.  Also pursuant to the Clerk's Notice (Dkt. No.'s 8 & 11), Proposed-Intervenor's Motion (Dkt. 5) is not being re-filed with this Second Amended Notice, and the briefing schedule for the Motion remains in effect.

The Motion to Intervene is made pursuant to Federal Rule of Civil Procedure 24 because the Proposed-Intervenors have an interest in this action that will not be adequately represented by the named Defendants, and this interest is sufficient to warrant intervention as a matter of right under Rule 24(a), or, alternatively, by permissive intervention under Rule 24(b).

The Motion to Intervene is based on this Notice; the following Memorandum of Points and Authorities; the Declaration of Kathleen Sgamma and the [Proposed] Order filed concurrently herewith; all pleadings and papers filed in this action; and such oral argument and other evidence properly presented to the Court at a hearing on the Motion.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

| | |
|---|---|
| DATED: September 27, 2018 | HOLLAND & HART LLP |
| | By: /s/ Eric P. Waeckerlin |
| | ERIC P. WAECKERLIN (*Pro Hac Vice Pending*)<br>Attorneys for PROPOSED-INTERVENORS<br>WESTERN ENERGY ALLIANCE and the<br>INDEPENDENT PETROLEUM ASSOCIATION OF AMERICA |
| DATED: September 27, 2018 | DAVIS GRAHAM & STUBBS LLP |
| | By: /s/ Kathleen C. Schroder |
| | KATHLEEN C. SCHRODER (*Pro Hac Vice Pending*)<br>Attorneys for PROPOSED-INTERVENORS<br>WESTERN ENERGY ALLIANCE and the<br>INDEPENDENT PETROLEUM ASSOCIATION OF AMERICA |
| DATED: September 27, 2018 | WOOD, SMITH, HENNING & BERMAN LLP |
| | By: /s/ Emil A. Macasinag |
| | EMIL A. MACASINAG<br>Attorneys for PROPOSED-INTERVENORS<br>WESTERN ENERGY ALLIANCE and the<br>INDEPENDENT PETROLEUM ASSOCIATION OF AMERICA |

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

**PROOF OF SERVICE**

I am Local Counsel for Proposed Intervenors. I am over the age of eighteen years and not a party to the within action. My business address is 10960 Wilshire Boulevard, 18th Floor, Los Angeles, CA 90024-3804.

On September 27, 2018, I served the following document(s) described as **PROPOSED-INTERVENORS WESTERN ENERGY ALLIANCE'S AND INDEPENDENT PETROLEUM ASSOCIATION OF AMERICA'S *SECOND AMENDED NOTICE* OF MOTION TO INTERVENE** on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 27, 2018, at Los Angeles, California.

/s/ Adriana C. Moreno
Adriana C. Moreno

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

LEGAL:10854-0001/9972863.1              -1-              Case No. 4:18-cv-05712-DMR
WESTERN ENERGY ALLIANCE AND INDEPENDENT PETROLEUM ASSOCIATION OF AMERICA'S *SECOND AMENDED NOTICE* OF MOTION TO INTERVENE