# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

**CALIFORNIA AIR RESOURCES BOARD, ET AL.,**

          Plaintiffs**,**

    vs.

**RYAN ZINKE, ET AL.,**

          Defendants**.**

CASE NO. 18-cv-05712-YGR

**ORDER GRANTING UNOPPOSED MOTION TO INTERVENE AND DENYING AS MOOT MOTION FOR TELEPHONIC APPEARANCE**

Re: Dkt. Nos. 5, 46

Having considered the motion to intervene filed by Western Energy Alliance and Independent Petroleum Association of America ("Proposed-Interveners") (Dkt. No. 5), and plaintiffs' statement of non-opposition (Dkt. No. 21), the Court finds that the Proposed-Intervenors have an interest in this action that will not be adequately represented by the named defendants, and that this interest is sufficient to warrant intervention under Federal Rule of Civil Procedure 24. Accordingly, the Court **GRANTS** the Proposed-Intervenors' motion to intervene.[1]

This Order terminates Docket Numbers 5 and 46.

**IT IS SO ORDERED.**

Dated: November 8, 2018

_____

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] Thus, the Court **DENIES AS MOOT** Proposed-Intervenors' motion to appear by telephone for the November 27, 2018 hearing.