Stacey Geis, CA Bar # 181444
Earthjustice
50 California St., Suite 500
San Francisco, CA  94111-4608
Phone: (415) 217-2000
Fax: (415) 217-2040
sgeis@earthjustice.org

*Local Counsel for Plaintiffs in Case No. 4:18-cv-05984, Sierra Club, et al.*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, by and through XAVIER BECERRA, ATTORNEY GENERAL, and the CALIFORNIA AIR RESOURCES BOARD; and STATE OF NEW MEXICO, by and through HECTOR BALDERAS, ATTORNEY GENERAL, <br><br>　　　　Plaintiffs, <br><br>　　　　v. <br><br>RYAN ZINKE, Secretary of the Interior; JOSEPH R. BALASH, Assistant Secretary for Land and Minerals Management, United States Department of the Interior; UNITED STATES BUREAU OF LAND MANAGEMENT; and UNITED STATES DEPARTMENT OF THE INTERIOR, <br><br>　　　　Defendants. | **CERTIFICATE OF SERVICE BY CERTIFIED MAIL** <br><br> Case No. 4:18-cv-05712-YGR <br> (Consolidated With Case No. 4:18-cv-05984-YGR) <br><br> Judge Assigned: Hon. Yvonne Gonzalez Rogers <br><br> Complaint Filed: September 28, 2018 |

## DECLARATION OF ELEANOR GREER

I, Eleanor Greer, declare:

1.　　I am employed as a Litigation Assistant at Earthjustice in Denver, Colorado.  I am 18 years of age or older, and not a party to this matter.  My business address is:  633 17th Street, Suite 1600, Denver, Colorado 80202-3625.

2.　　I served the documents listed below on behalf of Stacey Geis, who is a member of the California State Bar and serves as local counsel in this case for Plaintiffs Sierra Club, *et al.*

3. At the time of this service, our case, No. 18-cv-05984, was assigned to Hon. Elizabeth D. Laporte, and we served Judge Laporte's orders on all parties.

4. Pursuant to Civil Local Rule 5-5(a)(2), I hereby certify that on October 2, 2018, I mailed true and correct copies of the documents listed below by Certified Mail, postage prepaid, to the persons or entities listed below. Executed copies of the Return Receipts for each person or entity are attached to my Declaration as Exhibit A.

Secretary of the Interior Ryan Zinke
United States Department of the Interior
1849 C Street, N.W.
Washington, D.C. 20240

Bureau of Land Management
1849 C Street N.W., Rm. 5665
Washington, D.C. 20240

United States Department of the Interior
1849 C Street, N.W.
Washington, D.C. 20240

Joseph "Joe" Balash
Assistant Secretary for Land and Minerals Mgmt.
United States Department of the Interior
1849 C Street, N.W.
Washington, D.C. 20240

## **DOCUMENTS SERVED OCTOBER 2, 2018**

- Complaint for Declaratory and Injunctive Relief;
- Civil Cover Sheet and Attachment to Civil Cover Sheet;
- Summons in a Civil Action issued and entered by the Court;
- Certificate of Interested Entities or Persons;
- Filing Procedures (San Francisco);
- ECF Registration Information;
- Order Setting Initial Case Management Conference and ADR Deadlines;
- Brochure entitled "Consenting To The Jurisdiction Of A Magistrate Judge In The Northern District of California";
- Notice of Assignment of Case to a United States Magistrate Judge with Election Form; and
- Magistrate Judge Elizabeth D. Laporte's Standing Orders, as follows:
    - Magistrate Judge Laporte's Civil Standing Order;
    - Standing Order For All Judges Of The Northern District of California;
    - Magistrate Judge Laporte's Settlement Conference;
    - Magistrate Judge Laporte's Order Re CMC;

- o Magistrate Judge Laporte's Notice Reference Re Discovery
- o Magistrate Judge Laporte's Standing Order on Confidential and Sealed Documents;
- o Magistrate Judge Laporte's Case Management Order-Jury Trial; and
- o Magistrate Judge Laporte's Case Management Court Trial.

5. In addition, I hereby certify that on October 17, 2018, I mailed true and correct copies of the documents listed above by Certified Mail, postage prepaid, to the persons or entities listed below. Executed copies of the Return Receipts for each person or entity are attached to my Declaration as Exhibit B. At this time, our case had been reassigned to Hon. Yvonne Gonzalez Rogers, so in addition to the documents listed above, I also served Judge Rogers' orders (listed below).

United States Attorney General
Jefferson "Jeff" Sessions
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Civil Process Clerk
United States Attorney's Office
Northern District of California
Federal Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

**ADDITIONAL DOCUMENTS SERVED OCTOBER 17, 2018**

- District Court Judge Yvonne Gonzalez Rogers' Standing Orders, as follows:
  - o Standing Order For All Judges Of The Northern District of California;
  - o Judge Roger's Standing Order Re: Pretrial Instructions in Civil Cases;
  - o Judge Roger's Standing Order in Civil Cases; and
  - o Judge Roger's Label Trial Exhibit Tags.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 16, 2018, in Denver, Colorado.

_____
Eleanor Greer