# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA, ET AL.,**<br><br>Plaintiffs**,**<br><br>vs.<br><br>**RYAN ZINKE, ET AL.,**<br><br>Defendants**.** | CASE NO. 18-cv-05712-YGR<br><br>**ORDER GRANTING UNOPPOSED MOTION TO INTERVENE AND DENYING AS MOOT MOTION FOR TELEPHONIC APPEARANCE**<br><br>Re: Dkt. Nos. 42, 49 |

Having considered the unopposed motion to intervene filed by the State of Wyoming ("Proposed-Intervener") (Dkt. No. 42), the Court finds that the Proposed-Intervenor has an interest in this action that will not be adequately represented by the named defendants, and that this interest is sufficient to warrant intervention under Federal Rule of Civil Procedure 24. Accordingly, the Court **GRANTS** the Proposed-Intervenor's motion to intervene.[1]

This Order terminates Docket Numbers 42 and 49.

**IT IS SO ORDERED.**

Dated: November 28, 2018

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] Thus, the Court **DENIES AS MOOT** Proposed-Intervenor's motion to appear by telephone for the December 4, 2018 hearing.