**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CALIFORNIA AIR RESOURCES BOARD, ET AL.,**<br><br>Plaintiffs**,**<br><br>vs.<br><br>**RYAN ZINKE, ET AL.,**<br><br>Defendants**.** | CASE NO. 18-cv-05712-YGR<br><br>**ORDER GRANTING UNOPPOSED MOTION TO INTERVENE**<br><br>Re: Dkt. No. 60 |

Having considered the motion to intervene filed by American Petroleum Institute ("Proposed Intervener") (Dkt. No. 60), plaintiffs' statement of non-opposition (Dkt. No. 75), and the reply filed by the Proposed Intervener (Dkt. No. 76), the Court finds that the Proposed Intervenor has an interest in this action that will not be adequately represented by the named defendants, and that this interest is sufficient to warrant intervention under Federal Rule of Civil Procedure 24. Accordingly, the Court **GRANTS** the Proposed Intervenor's motion to intervene.

This Order terminates Docket Numbers 60.

**IT IS SO ORDERED.**

Dated: January 7, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**