HECTOR BALDERAS
Attorney General of New Mexico
ARI BIERNOFF (CA State Bar No. 231818)
BILL GRANTHAM (*pro hac vice admission*)
Assistant Attorneys General
 201 Third St. NW, Suite 300
 Albuquerque, NM 87102
 Telephone: (505) 717-3520
 E-Mail: abiernoff@nmag.gov,
 wgrantham@nmag.gov

*Attorneys for Plaintiff State of New Mexico*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA, et al.,**<br><br>                              **Plaintiffs,**<br><br>          v.<br><br>**RYAN ZINKE, Secretary of the Interior, et al.,**<br><br>                              **Defendants**. | Case No. 4:18-cv-05712-YGR<br><br>**NOTICE OF CHANGE OF COUNSEL** |

        PLEASE TAKE NOTICE that Assistant Attorney General Ari Biernoff of the Office of the Attorney General of New Mexico hereby withdraws his appearance as counsel of record on behalf of Plaintiff State of New Mexico in this matter. Assistant Attorney General William Grantham remains as counsel of record for the State of New Mexico.

| | | |
|---|---|---|
| 1 | Dated:  January 28, 2019 | HECTOR BALDERAS<br>Attorney General of New Mexico |
| 2 | | |
| 3 | | */s/  Ari Biernoff*<br>ARI BIERNOFF<br>Assistant Attorney General |

2

NOTICE OF CHANGE OF COUNSEL