JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

CARTER F. THURMAN
Trial Attorney, admitted to GA Bar
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street, NW
Washington, D.C. 20044-7611
Tel.: (202) 305-0444 / Fax: (202) 305-0506
Carter.Thurman@usdoj.gov
CLARE M. BORONOW, admitted to MD Bar
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Tel.: (303) 844-1362 / Fax: (303) 844-1350
clare.boronow@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DAVID BERNHARDT, in his capacity as Acting Secretary of the Interior, *et al.*,<br><br>    Defendants. | No. 4:18-cv-05712-YGR<br>(Consolidated With Case No. 4:18-cv-05984-YGR)<br><br>**DEFENDANTS' NOTICE REGARDING MOTION CHALLENGING STANDING** |

At the status conference held in these cases on February 11, 2019, the Court ordered that any motion challenging Plaintiffs' standing must be filed by February 25, 2019. ECF No. 95. Defendants hereby notify the Court that they do not intend to challenge Plaintiffs' standing and therefore will not file such a motion on February 25, 2019.

Respectfully submitted this 25th day of February, 2019.

JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

*/s/ Carter F. Thurman*
CARTER F. THURMAN
Trial Attorney, admitted to GA Bar
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street, NW
Washington, D.C. 20044-7611
Telephone: (202) 305-0444
Facsimile: (202) 305-0506
Carter.Thurman@usdoj.gov
CLARE M. BORONOW, admitted to MD Bar
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Tel.: (303) 844-1362 / Fax: (303) 844-1350
clare.boronow@usdoj.gov