JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

CARTER F. THURMAN
Trial Attorney, admitted to GA Bar
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street, NW
Washington, D.C. 20044-7611
Tel.: (202) 305-0444 / Fax: (202) 305-0506
Carter.Thurman@usdoj.gov
CLARE M. BORONOW, admitted to MD Bar
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Tel.: (303) 844-1362 / Fax: (303) 844-1350
clare.boronow@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DAVID BERNHARDT, *et al.*,<br><br>    Defendants. | No. 4:18-cv-05712-YGR<br><br>(Consolidated With Case No. 4:18-cv-05984-YGR)<br><br>**DEFENDANTS' NOTICE OF LODGING OF THE ADMINISTRATIVE RECORD** |

1  Defendants hereby give notice that they will lodge with the Court on March 8,
2  2019 one flash drive containing the Bureau of Land Management's ("BLM") administrative record for
3  the above-captioned actions. Attached to this notice are the certification of the administrative record,
4  the index to the administrative record, and the privilege log for the administrative record. One courtesy
5  copy of the record will be provided for chambers. Copies of the record are also being served on
6  Plaintiffs' and Intervenors' counsel by overnight mail.
7  The documents have been recorded in PDF format on the flash drive, except for certain data files
8  that have been produced as Excel spreadsheets. The files have been consecutively Bates stamped using
9  the prefix "WPRR_AR". Also included on the flash drive is an index to the administrative record. The
10  document numbers in each index entry have been hyperlinked to the corresponding file for convenient
11  navigation.
12  The administrative record includes deliberative documents. Although Defendants include these
13  documents consistent with Northern District of California caselaw, their inclusion is subject to
14  Defendants' continuing objection that deliberative documents do not properly belong in an
15  administrative record prepared under the Administrative Procedure Act absent evidence that the agency
16  acted in bad faith.

18  Respectfully submitted this 8th day of March, 2019.

JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

*/s/ Carter F. Thurman*
CARTER F. THURMAN
Trial Attorney, admitted to GA Bar
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street, NW
Washington, D.C. 20044-7611
Tel.: (202) 305-0444 / Fax: (202) 305-0506
Carter.Thurman@usdoj.gov

CLARE M. BORONOW, admitted to MD Bar
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Tel.: (303) 844-1362 / Fax: (303) 844-1350
clare.boronow@usdoj.gov

*Counsel for Defendants*

Defendants' Notice of Lodging of the Administrative Record
*California v. Bernhardt,* No. 4:18-cv-05712-YGR                                                       3