JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

CARTER F. THURMAN
Trial Attorney, admitted to GA Bar
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street, NW
Washington, D.C. 20044-7611
Tel.: (202) 305-0444 / Fax: (202) 305-0506
Carter.Thurman@usdoj.gov
CLARE M. BORONOW, admitted to MD Bar
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Tel.: (303) 844-1362 / Fax: (303) 844-1350
clare.boronow@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DAVID BERNHARDT, *et al.*,<br><br>    Defendants. | No. 4:18-cv-05712-YGR<br><br>(Consolidated With Case No. 4:18-cv-05984-YGR)<br><br>**DEFENDANTS' NOTICE OF LODGING OF THE CORRECTED ADMINISTRATIVE RECORD** |

Federal Defendants hereby give notice of lodging the corrected administrative record. On March 8, 2019, Defendants filed their notice of lodging of the administrative record, ECF No. 100, which the Court received that same day, ECF No. 101. As explained in the attached Declaration of James Tichenor (Exhibit A), this corrected administrative record corrects an inadvertent disclosure of certain privileged documents in the original administrative record. Defendants now lodge with the Court this corrected administrative record, which replaces the original record. Attached to this notice are the index to the administrative record and the privilege log for the administrative record. As the inadvertent disclosure did not affect these documents, they are the same as those filed with the original administrative record. One courtesy copy of the corrected record will be provided for chambers. Copies of the corrected record are also being served on Plaintiffs' and Intervenors' counsel by overnight mail.

The corrected administrative record includes deliberative documents. Although Defendants include these documents consistent with Northern District of California caselaw, their inclusion is subject to Defendants' continuing objection that deliberative documents do not properly belong in an administrative record prepared under the Administrative Procedure Act absent evidence that the agency acted in bad faith.

Respectfully submitted this 27th day of March, 2019.

JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

*/s/ Carter F. Thurman*
CARTER F. THURMAN
Trial Attorney, admitted to GA Bar
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street, NW
Washington, D.C. 20044-7611
Tel.: (202) 305-0444 / Fax: (202) 305-0506

Defendants' Notice of Lodging of the Corrected Administrative Record
*California v. Zinke,* No. 4:18-cv-05712-YGR                                                                 2

Carter.Thurman@usdoj.gov
CLARE M. BORONOW, admitted to MD Bar
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Tel.: (303) 844-1362 / Fax: (303) 844-1350
clare.boronow@usdoj.gov

*Counsel for Defendants*