XAVIER BECERRA
Attorney General of California
DAVID A. ZONANA, State Bar No. 196029
Supervising Deputy Attorney General
GEORGE TORGUN, State Bar No. 222085
SHANNON CLARK, State Bar No. 316409
CONNIE P. SUNG, State Bar No. 304242
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 879-1974
 Fax:  (510) 622-2270
 E-mail:  George.Torgun@doj.ca.gov

*Attorneys for Plaintiff State of California*

HECTOR BALDERAS
Attorney General of New Mexico
BILL GRANTHAM (*pro hac vice*)
Assistant Attorneys General
 201 Third St. NW, Suite 300
 Albuquerque, NM 87102
 Telephone:  (505) 717-3520
 E-Mail:  wgrantham@nmag.gov

*Attorneys for Plaintiff State of New Mexico*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA,** et al.,<br><br>                          Plaintiffs,<br><br>              **v.**<br><br>**DAVID BERNHARDT,** et al.,<br><br>                          Defendants. | Case No. 4:18-cv-05712-YGR<br><br>(Consolidated with No. 4:18-cv-05984-YGR)<br><br>**JOINT NOTICE REGARDING ADMINISTRATIVE RECORD** |
| **SIERRA CLUB,** et al.,<br><br>                          Plaintiffs,<br><br>              **v.**<br><br>**DAVID BERHARDT,** et al.,<br><br>                          Defendants. | |

Pursuant to the Court's March 1, 2019 Case Management Order (Dkt. 97), Plaintiffs

States and Conservation and Tribal Citizen Groups (collectively, "Plaintiffs") and Defendants

1

David Bernhardt, et al. (collectively, "Defendants") submit this Joint Notice regarding the administrative record.  Plaintiffs and Defendants inform the Court that they have conferred regarding the administrative record, and although the parties disagree with respect to the documents that should be certified as part of the administrative record, they have reached an agreement that will avoid the need for Plaintiffs to file a motion challenging the completeness of the administrative record or for leave to supplement the record.

1. On March 8, 2019, Defendants filed a notice of the lodging of the Administrative Record (Dkt 100).

2. On March 27, 2019, after Plaintiffs informed Defendants of inadvertent disclosures in the Administrative Record, Defendants filed a notice of the lodging of the Corrected Administrative Record (Dkt. 102)   .

3. On April 8, 2019, Plaintiffs Conservation and Tribal Citizen Groups sent a letter to Defendants listing documents that they believed must be included in the final administrative record, and requesting that Defendants include those documents in a final administrative record.

4. Between April 23, 2019 and April 29, 2019, Plaintiffs Conservation and Tribal Citizen Groups and Defendants conferred regarding Plaintiffs' letter.

5. On April 29, 2019, Plaintiffs and Defendants agreed that certain of the documents Plaintiffs Conservation and Tribal Citizen Groups had requested to be included in the record would be certified and included in an amended administrative record.

6. Further, on April 29, 2019, while Plaintiffs maintain that the remainder of the documents should be included in the certified amended administrative record and Defendants disagree, in order to avoid additional motions practice and to expeditiously move forward with briefing the merits of the case, Plaintiffs and Defendants agreed that the remainder of the documents Plaintiffs Conservation and Tribal Citizen Groups had requested to be included in the record would not be certified as part of the

Joint Notice Regarding Administrative Record,
*State of California v. Bernhardt,* Case No. 4:18-cv-05712-YGR

administrative record but would be provided to the Court for its review, and that the parties may cite these documents as if they were part of the administrative record. Defendants will not object to Plaintiffs' citation to these uncertified documents on the basis that they are not part of the administrative record.

7. Defendants intend to file the amended administrative record and provide all of the documents requested by Plaintiffs Conservation and Tribal Citizen Groups to the Court and the parties by May 15, 2019.

8. Based upon these agreements, Plaintiffs do not intend to file any motion challenging the completeness of the administrative record or for leave to supplement the record.

9. Plaintiffs will file their motions for summary judgment by June 7, consistent with the Court's Case Management Order (Dkt. 97).

Dated: May 7, 2019          Respectfully submitted,

XAVIER BECERRA
Attorney General of California
DAVID A. ZONANA
Supervising Deputy Attorney General

/s/ George Torgun
GEORGE TORGUN
SHANNON CLARK
CONNIE P. SUNG
Deputy Attorneys General

*Attorneys for Plaintiff State of California, by and through Xavier Becerra, Attorney General, and the California Air Resources Board*

HECTOR BALDERAS
Attorney General of New Mexico

/s/ Bill Grantham
BILL GRANTHAM
Assistant Attorney General

*Attorneys for Plaintiff State of New Mexico, by and through Hector Balderas, Attorney General*

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

/s/ Stacey Geis
Stacey Geis, CA Bar # 181444
Earthjustice
50 California St., Suite 500,
San Francisco, CA  94111-4608
Phone: (415) 217-2000
Fax: (415) 217-2040
sgeis@earthjustice.org

*Attorney for all Conservation and Tribal Citizen Group Plaintiffs*

Robin Cooley, CO Bar # 31168 (*admitted pro hac vice*)
Joel Minor, CO Bar # 47822 (*admitted pro hac vice*)
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
Phone: (303) 623-9466
rcooley@earthjustice.org
jminor@earthjustice.org

*Attorneys for Plaintiffs Sierra Club, Fort Berthold Protectors of
Water and Earth Rights, The Wilderness Society, and Western
Organization of Resource Councils*

Susannah L. Weaver, DC Bar # 1023021 (*admitted pro hac vice*)
Donahue, Goldberg, & Weaver LLP
1111 14th Street, NW, Suite 510A
Washington, DC 20005
Phone: (202) 569-3818
susannah@donahuegoldberg.com

Peter Zalzal, CO Bar # 42164 (*admitted pro hac vice*)
Rosalie Winn, CA Bar # 305616
Environmental Defense Fund
2060 Broadway, Suite 300
Boulder, CO  80302
Phone: (303) 447-7214 (Mr. Zalzal)
Phone: (303) 447-7212 (Ms. Winn)
pzalzal@edf.org
rwinn@edf.org
Tomás Carbonell, DC Bar # 989797 (*admitted pro hac vice*)
Environmental Defense Fund
1875 Connecticut Avenue, 6th Floor
Washington, D.C.  20009
Phone: (202) 572-3610
tcarbonell@edf.org

*Attorneys for Plaintiff Environmental Defense Fund*

Joint Notice Regarding Administrative Record,
*State of California v. Bernhardt,* Case No. 4:18-cv-05712-YGR

Laura King, MT Bar # 13574 (*admitted pro hac vice*)
Western Environmental Law Center
103 Reeder's Alley
Helena, MT 59601
Phone: (406) 204-4852
king@westernlaw.org

Erik Schlenker-Goodrich, NM Bar # 17875 (*admitted pro hac vice*)
Western Environmental Law Center
208 Paseo del Pueblo Sur, #602
Taos, NM 87571
Phone: (575) 613-4197
eriksg@westernlaw.org

*Attorneys for Plaintiffs Los Padres ForestWatch, Center for
Biological Diversity, Citizens for a Healthy Community, Diné
Citizens Against Ruining Our Environment, Earthworks, Montana
Environmental Information Center, National Wildlife Federation,
San Juan Citizens Alliance, WildEarth Guardians, Wilderness
Workshop, and Wyoming Outdoor Council*

Darin Schroeder, KY Bar # 93828 (*admitted pro hac vice*)
Ann Brewster Weeks, MA Bar # 567998 (*admitted pro hac vice*)
Clean Air Task Force
114 State Street, 6th Floor
Boston, MA 02109
Phone: (617) 624-0234
dschroeder@catf.us
aweeks@catf.us

*Attorneys for Plaintiff National Wildlife Federation*

Scott Strand, MN Bar # 0147151 (*admitted pro hac vice*)
Environmental Law & Policy Center
60 S. 6th Street, Suite 2800
Minneapolis, MN 55402
Phone: (312) 673-6500
Sstrand@elpc.org

Rachel Granneman, IL Bar # 6312936 (*admitted pro hac vice*)
Environmental Law & Policy Center
35 E. Wacker Drive, Suite 1600
Chicago, IL 60601
Phone: (312) 673-6500
rgranneman@elpc.org

*Attorneys for Plaintiff Environmental Law & Policy Center*

5

1

2    David Doniger, DC Bar # 305383 (*admitted pro hac vice*)
     Melissa Lynch, MA Bar # 689235 (*admitted pro hac vice*)
3    Natural Resources Defense Council
     1152 15th St. NW, Suite 300
4    Washington, DC 20005
     Phone: (202) 289-6868
5    ddoniger@nrdc.org
     llynch@nrdc.org
6

7    *Attorneys for Plaintiff Natural Resources Defense Council*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Notice Regarding Administrative Record,
*State of California v. Bernhardt,* Case No. 4:18-cv-05712-YGR

JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

/s/ *Carter F. Thurman*
CARTER F. THURMAN
Trial Attorney, admitted to GA Bar
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street, NW
Washington, D.C. 20044-7611
Tel.: (202) 305-0444 / Fax: (202) 305-0506
Carter.Thurman@usdoj.gov
CLARE M. BORONOW, admitted to MD Bar
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Tel.: (303) 844-1362 / Fax: (303) 844-1350
clare.boronow@usdoj.gov

*Counsel for Defendants*

Joint Notice Regarding Administrative Record,
*State of California v. Bernhardt,* Case No. 4:18-cv-05712-YGR