JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

CARTER F. THURMAN
Trial Attorney, admitted to GA Bar
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street, NW
Washington, D.C. 20044-7611
Tel.: (202) 305-0444 / Fax: (202) 305-0506
Carter.Thurman@usdoj.gov
CLARE M. BORONOW, admitted to MD Bar
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Tel.: (303) 844-1362 / Fax: (303) 844-1350
clare.boronow@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>DAVID BERNHARDT, *et al.*,<br><br>　　Defendants. | No. 4:18-cv-05712-YGR<br><br>(Consolidated With Case No. 4:18-cv-05984-YGR)<br><br>**DEFENDANTS' NOTICE OF LODGING OF THE AMENDED ADMINISTRATIVE RECORD** |

Federal Defendants hereby give notice of the lodging of the amended administrative record. On March 8, 2019, Defendants lodged the original administrative record in this case. ECF Nos. 100, 101. After Plaintiff Conservation and Tribal Citizen Groups alerted Defendants that, due to a technical error, the record inadvertently disclosed certain privileged materials, on March, 27, 2019, Defendants lodged a corrected administrative record. ECF Nos. 102, 103. Since the lodging of the corrected record, as required by the Case Management Order, the Parties have conferred regarding objections to the administrative record. *See* ECF Nos. 97, 104. Having resolved those objections, Defendants now lodge with the Court this amended administrative record, which replaces the original record. Attached to this notice are the index to the amended administrative record and the privilege log for the amended administrative record. One courtesy copy of the amended record will be provided for chambers. Copies of the amended record are also being served on Plaintiffs' and Intervenors' counsel by overnight mail.

The amended administrative record includes five documents that were inadvertently omitted from the original administrative record. As explained in the attached Declaration of James Tichenor (Exhibit A), the amended administrative record consists of 2,413 documents bates stamped WPRR_AR_000001 to WPRR_AR_180480. The documents have been recorded in PDF format on the flash drive, except for certain data files that have been produced as Excel spreadsheets. The Excel spreadsheets can be manipulated by the user once they are opened. To the extent a user alters the files, the files are no longer reflective of the information used by BLM to make the challenged decisions in this case and are extra-record evidence.

Also included on the flash drive are documents bates stamped WPRR_XR_000001 to WPRR_XR_001370. These documents are included as a result of the conferral process between the Conservation and Tribal Citizen Group Plaintiffs and Defendants. *See* ECF No. 97, 104. As explained in the attached declaration, Defendants have not certified these documents as part of the administrative record. Ex. A ¶ 9.

Defendants' Notice of Lodging of the Amended Administrative Record
*California v. Zinke,* No. 4:18-cv-05712-YGR     2

The Conservation and Tribal Citizen Group Plaintiffs and Defendants disagree as to whether these non-certified documents bates stamped WPRR_XR_000001 to WPRR_XR_001370 are properly part of the administrative record.  However, to avoid additional motions practice and to expeditiously move forward with briefing the merits of the case, the Citizen Groups and Defendants have agreed that Defendants will provide these documents to the Court for its review.  The Parties and Court may cite to these non-certified documents as if they were part of the administrative record.  The Citizen Groups and Defendants also agree that these non-certified documents would properly be a part of the record on appeal.

The index included on the flash drive is an index to both the amended administrative record and the non-certified documents bates stamped WPRR_XR_000001 to WPRR_XR_001370.  The document numbers in each index entry have been hyperlinked to the corresponding file for convenient navigation.  Similarly, the privilege log included on the flash drive is the privilege log for both the amended administrative record and the non-certified documents bates stamped WPRR_XR_000001 to WPRR_XR_001370.

The amended administrative record includes deliberative documents.  Although Defendants include these documents consistent with Northern District of California caselaw, their inclusion is subject to Defendants' continuing objection that deliberative documents do not properly belong in an administrative record prepared under the Administrative Procedure Act absent evidence that the agency acted in bad faith.

Respectfully submitted this 14th day of May, 2019.

JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

*/s/ Carter F. Thurman*

Defendants' Notice of Lodging of the Amended Administrative Record
*California v. Zinke,* No. 4:18-cv-05712-YGR                                                                                   3

CARTER F. THURMAN
Trial Attorney, admitted to GA Bar
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street, NW
Washington, D.C. 20044-7611
Tel.: (202) 305-0444 / Fax: (202) 305-0506
Carter.Thurman@usdoj.gov
CLARE M. BORONOW, admitted to MD Bar
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Tel.: (303) 844-1362 / Fax: (303) 844-1350
clare.boronow@usdoj.gov

*Counsel for Defendants*