ALLETTA D. BELIN (State Bar No. 75806)
360 Alcatraz Avenue
Oakland, California 94618
Telephone: (505) 310-3466
Facsimile: (505) 310-3466
letty.belin@gmail.com
(*admission to the Northern District of California pending*)

ELLISON FOLK (State Bar No. 149232)
MARLENE DEHLINGER (State Bar No. 292282)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, California 94102
Telephone: (415) 552-7272
Facsimile: (415) 552-5816
Folk@smwlaw.com
Dehlinger@smwlaw.com

Attorneys for *Amici Curiae*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, by and through XAVIER BECERRA, Attorney General, and the CALIFORNIA AIR RESOURCES BOARD; and STATE OF NEW MEXICO, by and through HECTOR BALDERAS, Attorney General, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID BERNHARDT, Secretary of the Interior; JOSEPH R. BALASH, Assistant Secretary for Land and Minerals Management, United States Department of the Interior; UNITED STATES BUREAU OF LAND MANAGEMENT; and UNITED STATES DEPARTMENT OF THE INTERIOR, <br><br> Defendants. | Case No. 4:18-cv-05712-YGR <br> [Consolidated with Case No. 4:18-cv-05984-YGR] <br><br> [~~PROPOSED~~] **ORDER GRANTING MOTION OF MEMBERS OF CONGRESS FOR LEAVE TO FILE AMICI CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT** <br><br> Date: January 14, 2020 <br> Time: 10:00 a.m. <br> Courtroom: 1, 4th Floor <br> Judge: Hon. Yvonne Gonzalez Rogers |

Upon consideration of the motion of members of Congress for leave to file their proposed *amici curiae* brief in support of Plaintiffs, it is hereby

ORDERED that the motion is GRANTED.

DATED: June 24, 2019

_____
THE HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is 396 Hayes Street, San Francisco, California 94102.

I hereby certify that on this 20th day of June, 2019, I electronically filed the foregoing **[PROPOSED] ORDER GRANTING MOTION OF MEMBERS OF CONGRESS FOR LEAVE TO FILE AMICI CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT** with the Clerk of the Court using the CM/ECF system.

/s/ Patricia Larkin
Patricia Larkin

1132297.1