DOWNEY BRAND LLP
CHRISTIAN L. MARSH (Bar No. 209442)
455 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 848-4800
Facsimile: (415) 848-4801
cmarsh@downeybrand.com

James Kaste, WSB No. 6-3244 (*pro hac vice*)
Deputy Attorney General
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, Wyoming 82002
Telephone: (307) 777-7895
Facsimile: (307) 777-3542
james.kaste@wyo.gov

Counsel for the State of Wyoming

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STATE OF CALIFORNIA, et al., | |
|---|---|
| Plaintiffs, | Case No. 4:18-cv-05712-YGR |
| v. | (Consolidated with Case No. 4:18-cv-5984-YGR) |
| UNITED STATES BUREAU OF LAND MANAGEMENT, et al., | **STATE OF WYOMING'S NOTICE OF APPEAL** |
| Defendants. | |

Please take notice that Defendant-Intervenor State of Wyoming hereby appeals to the United States Court of Appeals for the Ninth Circuit this Court's July 15, 2020 Order: (1) Granting Plaintiffs' Motions for Summary Judgment; and (2) Denying Defendants' Motions for Summary Judgment in these consolidated cases, *California v. Bernhardt,* No. 4:18-cv-05712-YGR, and *Sierra Club v. Bernhardt,* No. 4:18-cv-05984-YGR.

DATED this 14th day of September, 2020.

/s/ James Kaste
James Kaste, WSB No. 6-3244 (*pro hac vice*)
Deputy Attorney General
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY  82002
(307) 777-7895 (phone)
(307) 777-3542 (fax)
james.kaste@wyo.gov

*Counsel for the State of Wyoming*

DOWNEY BRAND LLP

/s/ Christian L. Marsh
CHRISTIAN L. MARSH (Bar No. 209442)
455 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 848-4800
Facsimile: (415) 848-4801
cmarsh@downeybrand.com