UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA, ET. AL.**,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>**DAVID BERNHARDT, ET. AL.**,<br><br>　　　　Defendants.<br><br>**SIERRA CLUB, ET. AL.**,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>**DAVID BERNHARDT, ET. AL.**,<br><br>　　　　Defendants. | Case No.  4:18-cv-05712-YGR<br><br>CONSOLIDATED CASE<br><br>**ORDER SETTING COMPLIANCE DEADLINE RE: PROPOSED JUDGMENT** |

　　　The Court hereby **SETS** a compliance deadline for **9:01 a.m.** on **Friday, October 30, 2020**.  **Five (5) business days** prior to the date of the compliance deadline, the parties shall file a proposed form of judgment.  The parties are **ORDERED** to meet and confer to discuss the proposed form of judgment and to attempt in good faith to resolve any disagreements.  To the extent that the parties are unable to resolve any disagreements, the parties shall instead file a joint status report and the proposed forms of judgment, noting either: (1) any areas of disagreement, or (2) agreement as to the proposed form of judgment.

　　　If compliance is complete, the compliance deadline will be taken off calendar.

　　　**IT IS SO ORDERED.**

Dated: October 16, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**