1
2
3
4
5
6
7
8         IN THE UNITED STATES DISTRICT COURT
9         FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| **STATE OF CALIFORNIA,** et al., | Case No. 4:18-cv-05712-YGR |
| Plaintiffs, | (Consolidated with No. 4:18-cv-05984-YGR) |
| **v.** | [~~PROPOSED~~] **JUDGMENT** |
| **DAVID BERNHARDT,** et al., | |
| Defendants. | |
| **SIERRA CLUB,** et al., | |
| Plaintiffs, | |
| **v.** | |
| **DAVID BERNHARDT,** et al., | |
| Defendants. | |

On March 4, 2020, this action came before the Court on the parties' cross-motions for summary judgment, the Honorable United States District Court Judge Yvonne Gonzalez Rogers presiding.  Pursuant to the Court's July 15, 2020 Order: (1) Granting Plaintiffs' Motions for Summary Judgment; and (2) Denying Defendants' Motions for Summary Judgment, ECF No. 177, the Court enters final judgment in favor of Plaintiffs State of California, by and through Xavier Becerra, Attorney General, and the California Air Resources Board; State of New Mexico, by and through Hector Balderas, Attorney General; and Sierra Club, Los Padres ForestWatch, Center for Biological Diversity, Earthworks, Environmental Defense Fund, Natural Resources Defense Council, The Wilderness Society, National Wildlife Federation, Citizens for a Healthy Community, Dine Citizens Against Ruining Our Environment, Environmental Law and Policy Center, Fort Berthold Protectors of Water and Earth Rights, Montana Environmental Information Center, San Juan Citizens Alliance, Western Organization of Resource Councils, Wilderness Workshop, Wildearth Guardians, and Wyoming Outdoor Council.  The final rule entitled "Waste Prevention, Production Subject to Royalties, and Resource Conservation; Rescission or Revision of Certain Requirements," 83 Fed. Reg. 49,184 (Sept. 28, 2018), is **VACATED**.

Dated:   October 29, 2020

_____
**YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE**